

# Arkansas State Police



### Hereby Awards The Certification

# Handler Protection Dog Team

## Trp. Mark Blackerby and K9 Raptor

#### Of the

### Arkansas State Police

#### for successfully completing

## Handler Protection Certification

For having fulfilled the performance requirements as set forth by

Poleizischutzhundprufungen (PSP1) Police canine critical skills, Recapture an escaping prisoner, In-sight scenario (call off), Courage test with an emergency release, Tracking, Criminal evidence search, building search, the requirements of the State of Arkansas minimum canine standards and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this 13th day of October 2016.



SGT. ROBY RHOADS, POLICE SERVICE DOG TEACHING JUDGE

4:19CR00437-LPR 227




# Arkansas State Police

## Hereby Awards The Certification

# Handler Protection Dog Team

## Trp. Mark Blackerby and K9 Raptor

Of the

Arkansas State Police

for successfully completing

## Handler Protection Certification

For having fulfilled the performance requirements as set forth by

Poleizischutzhundprufungen (PSP1) Police canine critical skills, Recapture an escaping prisoner, In-sight scenario (call off), Courage test with an emergency release, Tracking, Criminal evidence search, building search, the requirements of the State of Arkansas minimum canine standards and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this 6th day of December 2017.



LT. ROBY RHOADS, POLICE SERVICE DOG TEACHING JUDGE

4:19CR00437-LPR 228





# Arkansas State Police

## Hereby Awards The Certification

# Handler Protection Dog Team

## Cpl. Mark Blackerby and K9 Raptor

Of the

Arkansas State Police

for successfully completing

## Handler Protection Certification

For having fulfilled the performance requirements as set forth by

Poleizischutzhundprufungen (PSP1) Police canine critical skills, Recapture an escaping prisoner, In-sight scenario (call off), Courage test with an emergency release, Tracking, Criminal evidence search, building search, the requirements of the State of Arkansas minimum canine standards and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this 26th day of September 2018.

*Roby A. Rhoads*

CAPTAIN ROBY RHOADS, POLICE SERVICE DOG TEACHING JUDGE

4:19CR00437-LPR 229




# Arkansas State Police

## Hereby Awards The Certification

# Handler Protection Dog Team

# Cpl. Mark Blackerby and K9 Raptor

### Of the

### Arkansas State Police

### for successfully completing

## Handler Protection Certification

For having fulfilled the performance requirements as set forth by

Poleizischutzhundprufungen (PSP1)  Police canine critical skills, Recapture an escaping prisoner, In-sight scenario (call off), Courage test with an emergency release, Tracking,  Criminal evidence search, building search, the requirements of  the State of Arkansas minimum canine standards and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this  19th day of September 2019.

*Roby A. Rhoads*

CAPTAIN ROBY RHOADS, POLICE SERVICE DOG TEACHING JUDGE

4:19CR00437-LPR 230




# Arkansas State Police

## Hereby Awards The Certification

# Handler Protection Dog Team

## Cpl. Mark Blackerby and K9 Raptor

Of the

Arkansas State Police

for successfully completing

## Handler Protection Certification

For having fulfilled the performance requirements as set forth by

Poleizischutzhundprufungen (PSP1) Police canine critical skills, Recapture an escaping prisoner, In-sight scenario (call off), Courage test with an emergency release, Tracking, Criminal evidence search, building search, the requirements of the State of Arkansas minimum canine standards and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this 3rd day of December 2020.



CAPTAIN ROBY RHOADS, POLICE SERVICE DOG TEACHING JUDGE

4:19CR00437-LPR 231



# Arkansas State Police



## Hereby Awards The Certification

# Handler Protection Dog Team

# Cpl. Mark Blackerby and K9 Raptor

### Of the

### Arkansas State Police

### for successfully completing

# Handler Protection Certification

For having fulfilled the performance requirements as set forth by

Poleizischutzhundprufungen (PSP1) Police canine critical skills, Recapture an escaping prisoner, In-sight scenario (call off), Courage test with an emergency release, Tracking, Criminal evidence search, building search, the requirements of the State of Arkansas minimum canine standards and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this 12th day of October 2022.

*Roby A. Rhoads*

CAPTAIN ROBY RHOADS, POLICE SERVICE DOG TEACHING JUDGE

4:19CR00437-LPR 232

 

# Arkansas State Police

## Hereby Awards The Certification

# Narcotics Detector Dog Team

# Tpr. Mark Blackerby and K9 Raptor

### Of the

### Arkansas State Police

### for successfully completing

## PSP2 Narcotics Detection Certification

For having fulfilled the performance requirements as set forth by

Poleizispurhundprufungen (PSP2) Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program. In testimony whereof we sign this 26th day of January 2016.

*Roby A. Rhoads*

SGT. ROBY RHOADS, POLICE DOG TEACHING JUDGE

4:19CR00437-LPR 233




# Arkansas State Police

## Hereby Awards The Certification

# Narcotics Detector Dog Team

## Tpr. Mark Blackerby and K9 Raptor

Of the

Arkansas State Police

for successfully completing

## PSP2 Narcotics Detection Certification

For having fulfilled the performance requirements as set forth by
Poleizispurhundprufungen (PSP2)  Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program.
In testimony whereof we sign this  29th day of March 2016.

*Roby A. Rhoads*

SGT. ROBY RHOADS, POLICE DOG TEACHING JUDGE

4:19CR00437-LPR 234




# Arkansas State Police

*Hereby Awards The Certification*

## Narcotics Detector Dog Team

## Tpr. Mark Blackerby and K9 Raptor

*Of the*

*Arkansas State Police*

*for successfully completing*

## PSP2 Narcotics Detection Certification

*For having fulfilled the performance requirements as set forth by*

*Poleizispurhundprufungen (PSP2)  Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program.*

*In testimony whereof we sign this  21st day of March 2017.*

Roby A. Rhoads

LT. ROBY RHOADS, POLICE DOG TEACHING JUDGE




# Arkansas State Police

### Hereby Awards The Certification

# Narcotics Detector Dog Team

## Tpr. Mark Blackerby and K9 Raptor

Of the

Arkansas State Police

for successfully completing

## PSP2 Narcotics Detection Certification

For having fulfilled the performance requirements as set forth by

Poleizispurhundprufungen (PSP2)  Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this  29th day of March 2018.

*Roby A. Rhoads*

LT. ROBY RHOADS, POLICE DOG TEACHING JUDGE

4:19CR00437-LPR 236





# Arkansas State Police

## Hereby Awards The Certification

# Narcotics Detector Dog Team

## TFC. Mark Blackerby and K9 Raptor

### Of the

### Arkansas State Police

### for successfully completing

## PSP2 Narcotics Detection Certification

For having fulfilled the performance requirements as set forth by
Poleizispurhundprufungen (PSP2) Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program.
In testimony whereof we sign this 22nd day of May 2019.

*Roby A. Rhoads*

CAPTAIN ROBY RHOADS, POLICE DOG TEACHING JUDGE

4:19CR00437-LPR 237




# Arkansas State Police

## Hereby Awards The Certification

# Narcotics Detector Dog Team

## TFC. Mark Blackerby and K9 Raptor

Of the

Arkansas State Police

for successfully completing

## PSP2 Narcotics Detection Certification

For having fulfilled the performance requirements as set forth by
Poleizispurhundprufungen (PSP2) Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program.
In testimony whereof we sign this  10th day of March 2020.

*Roby A. Rhoads*

CAPTAIN ROBY RHOADS, POLICE DOG TEACHING JUDGE

4:19CR00437-LPR 238




# Arkansas State Police

## Hereby Awards The Certification

# Narcotics Detector Dog Team

## TFC. Mark Blackerby and K9 Raptor

Of the

Arkansas State Police

for successfully completing

## PSP2 Narcotics Detection Certification

For having fulfilled the performance requirements as set forth by

Poleizispurhundprufungen (PSP2)  Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program.

In testimony whereof we sign this  17th day of March 2021.

*Roby A. Rhoads*

CAPTAIN ROBY RHOADS, POLICE DOG TEACHING JUDGE

4:19CR00437-LPR 239




# Arkansas State Police

## Hereby Awards The Certification

# Narcotics Detector Dog Team

## TFC. Mark Blackerby and K9 Raptor

### Of the

### Arkansas State Police

### for successfully completing

## PSP2 Narcotics Detection Certification

For having fulfilled the performance requirements as set forth by
Poleizispurhundprufungen (PSP2) Police Scenting Dog Test and the requirements of the Arkansas State Police Canine Program.
In testimony whereof we sign this 23rd day of March 2022.

*Roby A. Rhoads*

CAPTAIN ROBY RHOADS, POLICE DOG TEACHING JUDGE

4:19CR00437-LPR 240



# Arkansas State Police



## THIS IS TO CERTIFY THAT

### MARK BLACKERBY

**of the**

**Arkansas State Police**

HAS SUCCESSFULLY COMPLETED

## 320 HOUR BASIC POLICE CANINE COURSE

COURSE CURRICULUM INCLUDED BUT WAS NOT LIMITED TO: NARCOTICS DETECTION TRAINING, PATROL DOG TRAINING, POLICE SERVICE DOG PSYCHOLOGY, ANIMAL BEHAVIOR, SCIENTIFIC TERMINOLOGY, DETECTOR DOG CASE LAW, PATROL DOG CASE LAW, HUMAN AND K9 FIRST AID, OBEDIENCE, TRACKING, TRAILING, ARTICLE RECOVERY, RECORDS KEEPING AND AUDITING, DRUG INTERDICTION AND CONCEALMENT, KENNEL MANAGEMENT, CANINE CRISIS COURSE, LIVE FIRE, K9 AND HUMAN SOCIALIZATION, DISENGAGE, EMERGENCY AND TACTICAL RELEASE, ACCIDENTAL DOG BITE PREVENTION, MODULAR, INTERMEDIATE, AND REALITY BASED TRAINING CONCEPTS AND THEORIES, WRITTEN AND PRACTICAL APPLICATION TESTING.

TRAINING COMPLETED ON JANUARY 27TH, 2016

*Roby A. Rhoads*

Roby Rhoads Police Service Dog  Teaching Judge

4:19CR00437-LPR 241