U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
AUG - 3 2023

By: /s/ TAMMY H. DOWNS
DEPUTY CLERK

## VERDICT

We, the jury, find Tommy Collier

_____ not guilty        __X__ guilty

of possession with intent to distribute a mixture or substance containing cocaine, as charged in the Indictment.



_____         8-3-23/1355
Foreperson                          Date/Time

**If you found Collier not guilty, your work is done. If you found Collier guilty, then you must also answer another question.**

We unanimously find beyond a reasonable doubt that the quantity of drugs that Collier possessed with the intent to distribute was:

**X**  five or more kilograms of a mixture or substance containing cocaine;

____  five hundred or more grams, but less than five kilograms, of a mixture or substance containing cocaine;

____  Less than five hundred grams of a mixture or substance containing cocaine.

_____  8-3-23 / 1355
Foreperson                    Date/Time