# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

v.          No. 4:19-cr-437-DPM

TOMMY COLLIER          DEFENDANT

## ORDER

The Court remanded Collier to the custody of the United States Marshals Service after the jury found him guilty on count one of the Indictment. 18 U.S.C. § 3143(a)(2).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

3 August 2023