(Post 9/2015)

# United States District Court
## for the Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 5 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                    Case No. 4:19-CR-437-DPM

TOMMY COLLIER                                               DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that **Tommy Collier** appeals to the United States Court of Appeals for the Eighth Circuit from the: ☐ Judgment & Commitment ☑ Order __Detention ECF# 98__
(Specify)
entered in this action on **August 3, 2023**.

_____
Signature of Defendant's Counsel

CHRISTOPHER HENRY BAKER
Typed Name of Defendant's Counsel

1001 La Harpe Blvd.
Street Address        Room Number

501-800-6877
Telephone Number

LITTLE ROCK, AR 72201
City      State      Zip

August 15, 2023
Date

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this __15__ day of __August__, 20__23__.

All users appearing as counsel for the parties as identified by the CM/ECF filing system, which will send notice to all counsel of record.

_____
Signature of Defendant's Counsel